| PROB 22 Rev.2/88 | | DOCKET NUMBER(Tran.Ct) 02-20737-CR-MOORE |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER(Rec.Ct) 07 CRIM. 514 |

| NAME AND ADDRESS OF SUPERVISED RELEASEE: VASQUEZ, Janet | DISTRICT Southern | DIVISION Probation |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable K. Michael Moore | |
| SD/FL PACTS No. 74244 | DATES OF SUPERVISED RELEASE | FROM 04/13/2007 — TO 04/12/2009 |

OFFENSE: Importation of 3.4-methylenedioxymethamphetamine (MDMA, Ecstasy); 21, U.S.C. § 952(a), a Class C felony.

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF FLORIDA</u>

   **IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of this Court to the United States District Court for the <u>SOUTHERN DISTRICT OF NEW YORK,</u> upon the court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

<u>5/14/07</u>                                         _K.M. Moore_
   Date                                                 United States District Judge

*This sentence may be deleted in the discretion of the transferring Court

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN</u>   DISTRICT OF   <u>NEW YORK</u>

   **IT IS HEREBY ORDERED** that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JUN 0 8 2007                                         _James C. Francis IV_
   Effective Date                                         United States ~~District~~ Judge

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK