

P34248/S. Osman

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## PROBATION OFFICE

### MEMORANDUM

**07 CRIM. 514**

**TO:**   Jim Molinelli, Miscellaneous Clerk

**FROM:**   Sandra Osman USPOA

**RE:**   Janet Vasquez

**DATE:**   May 31, 2007

### ASSIGNMENT OF TRANSFER OF JURISDICTION

On February 20, 2003, the above-named individual was sentenced in the Southern District of Florida outlined in the attached J & C.

In May 2007, we received the Prob. 22's endorsed by the Honorable K. Michael Moore, U.S. District Court Judge, ordering Mrs. Vasquez's transfer to the SD/NY. At this time, we are requesting that this case be assigned to a Judge in the SD/NY for acceptance of transfer of jurisdiction.

Your assistance in this matter is greatly appreciated. Should you have any questions, please feel free to contact the undersigned officer at (212) 805-5194.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: _____
Sandra Osman
U.S. Probation Officer Assistant